

# NUMBER 13-16-00131-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GEORGE & PATRICIA LOPEZ, BRUCE &
MARY ZIMMERMAN & CAROL A. HENKE,                        Appellants,

v.

RONALD BRANDOW INDIVIDUALLY & IN
HIS OFFICIAL CAPACITY & COTTONWOOD
CREEK PROPERTY OWNERS, INC.,                            Appellees.

## On appeal from the 445th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

## Before Chief Justice Valdez and Justices Garza and Longoria
## Memorandum Opinion Per Curiam

Appellants, George & Patricia Lopez, Bruce & Mary Zimmerman & Carol A. Henke,

perfected an appeal from a judgment entered by the 445th District Court of Cameron

County, Texas, in cause number 2014-DCL-8566-I.   Appellants have filed an amended

agreed motion to dismiss the appeal on grounds the parties have settled all issues between them in this cause. Appellants request this appeal be dismissed with prejudice against the refiling of same.

The Court, having considered the documents on file and the agreed motion to dismiss with prejudice, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed
the 9th day of June, 2016.

2